| | |
|---|---|
| 1 | Tyler A. Brown (SBN 121350)<br>Steven M. Zimmerman (SBN 279647) |
| 2 | JACKSON LEWIS P.C.<br>725 South Figueroa Street, Suite 2500 |
| 3 | Los Angeles, California 90017<br>Telephone: (213) 689-0404 |
| 4 | Facsimile: (213) 624-4840 |

Attorneys for Defendant
Emeritus Corporation (erroneously sued herein as "Brookdale Senior Living, Inc.," "Brookdale Corporation," and "Brookdale Senior Living Community, Inc.")

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA EDWARDS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>EMERITUS CORPORATION, BROOKDALE CORPORATION, BROOKDALE SENIOR LIVING, INC., BROOKDALE SENIOR LIVING COMMUNITY INC., and DOES 1 THROUGH 10, inclusive,<br><br>　　Defendant. | Case No. 2:16-cv-08191-BRO-JPR<br><br>ORDER ON<br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed: October 4, 2016 |

1

STIPULATION OF DISMISSAL　　　　　　　　　　Case No. 2:16-cv-08191-BRO-JPR

1 | IT IS HEREBY STIPULATED by and between the parties to this action though their
2 | designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3 | pursuant to FRCP 41(a)(1).

Dated: April 24, 2017        JACKSON LEWIS P.C.

By /s/ *Tyler A. Brown*
Tyler A. Brown
Steven M. Zimmerman
Attorneys for Defendant
Emeritus Corporation

Dated: April 24, 2017        LAW OFFICES OF TIMOTHY J. DONAHUE

By /s/ *Timothy J. Donahue*
Timothy J. Donahue
Attorneys for Plaintiff
Cynthia Edwards

4825-2278-9703, v. 1

**IT IS SO ORDERED.**
**DATED:** April 26, 2017
_____
**UNITED STATES DISTRICT JUDGE**